UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NOEMI ARZATE** | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | C.A. No. 4:22-cv-04108 |
| | § | (JURY) |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| *Defendant.* | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION

TO THE HONORABLE U.S. DISTRICT JUDGE:

ON THIS DAY, the Court considered Plaintiff's Motion for Reconsideration on Defendant's Motion for Summary Judgment.

It is: ORDERED that Plaintiff's Motion for Reconsideration is GRANTED.

ORDERED that the Honorable Court withdraws the summary judgment order

IT IS FURTHER ORDERED that the above-styled cause is REINSTATED to the Court's active docket.

SIGNED this _____ day of _____, 2025.

_____
HONORABLE U.S. DISTRICT JUDGE